IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS, | Case No. 8:22-cv-420 |
| Plaintiff, | |
| vs. | NOTICE OF REMOVAL |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA OMAHA, TRACY BRIDGEFORD, PHD., JOANNE LI, PHD., MARGARETTE CHRISTENSEN, PHD, | |
| Defendants. | |

COME NOW the Defendants, Board of Regents of the University of Nebraska ("BRUN"), University of Nebraska-Omaha ("UNO"), Dr. Tracy Bridgeford ("Dr. Bridgeford"), Chancellor Joanne Li, Ph.D. ("Chancellor Li"), and Dr. Margarette Christensen ("Dr. Christensen") (collectively, "the Defendants"), by and through their undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, submit this Notice of Removal of Civil Action ("Notice"), thereby removing this case to the United States District Court for the District of Nebraska. In support of this Notice, the Defendants state as follows:

**TIMELINESS OF REMOVAL**

1. The Defendants have been named as defendants in a civil action filed on November 7, 2022 in the District Court of Douglas County, Nebraska, entitled *Denisha M. Seals vs. Board of Regents of the University of Nebraska, University of Nebraska Omaha, Tracy Bridgeford, PhD., Joanne Li, PhD., Margarette Christensen, PhD*, Case No. CI 22-8612. A true and correct copy of the Summons and Complaint in this action is attached to this Notice as *Exhibit 1*. *[See Doc. No. 1, Ex. 1].*

2. On November 10, 2022, Plaintiff served the Summons and Complaint via certified mail on Defendants UNO, Chancellor Li, Dr. Bridgeford, and Dr. Christensen.

3. This Notice, filed within thirty days of receipt via certified mail of the Summons and Complaint by the aforementioned Defendants, is timely under 28 U.S.C. § 1446(b).

## BASIS FOR THIS COURT'S JURISDICTION

4. This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331 in that Plaintiff's action arises under federal law and alleges federal law claims. *[See Doc. No. 1, Ex. 1].*

5. Specifically, the Complaint invokes the Court's jurisdiction pursuant to and alleges claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"), Title VI of the Civil Rights Act of 1964, and Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12131 *et seq. [See Doc. No. 1, Ex. 1, ¶¶ 2-4, 127-137, 143-147].*

6. For these reasons, this Court has original jurisdiction over this action under 28 U.S.C. § 1331, and removal is proper under 28 U.S.C. § 1441(a).

7. This Court also has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over all other claims asserted by Plaintiff's Complaint.

8. Written notice of the filing of this Notice will be given to Plaintiff, by and through her counsel of record, promptly after the filing of this Notice, as is required by law.

9. A true and correct copy of this Notice will be filed with the Clerk of the District Court of Douglas County, Nebraska, as is required by law.

10. By filing this Notice, the Defendants consent to removal of this action to the United States District Court for the District of Nebraska.

11. By filing this Notice, the Defendants do not waive any defenses and/or affirmative claims, counterclaims, or third-party claims that may be available to the Defendants.

WHEREFORE, the Defendants Board of Regents of the University of Nebraska, University of Nebraska-Omaha, Dr. Tracy Bridgeford, Chancellor Joanne Li, Ph.D., Dr. Margarette Christensen hereby remove the above-captioned case from the District Court of Douglas County, Nebraska, to the United States District Court for this District of Nebraska.

Dated December 7, 2022.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA-OMAHA, DR. TRACY BRIDGEFORD, CHANCELLOR JOANNE LI, PH.D., AND DR. MARGARETTE CHRISTENSEN, Defendants

By:   s/ Tara A. Stingley
Tara A. Stingley (#23243)
Sydney M. Huss (#26581)
CLINE WILLIAMS WRIGHT
  JOHNSON & OLDFATHER, L.L.P.
Sterling Ridge
12910 Pierce Street, #200
Omaha, NE 68144
(402) 397-1700
tstingley@clinewilliams.com
shuss@clinewilliams.com

*- and -*

Bren H. Chambers (#23150)
Deputy General Counsel
University of Nebraska
Varner Hall, Room 234
3835 Holdrege Street
Lincoln, Nebraska 68583-0745
(402) 472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

  I, Tara A. Stingley, hereby certify I electronically filed the foregoing on December 7, 2022, with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent an electronic copy to all registered case participants, including the following:

  John D. Cartier
  johncartierlaw@gmail.com

                _s/ Tara A. Stingley_