IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS,<br><br>      Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and MARGARETTE CHRISTENSEN, PHD.,<br><br>      Defendants. | Case No. 8:22-cv-420<br><br>NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURES |

COME NOW the Defendants Board of Regents of the University of Nebraska and Dr. Margarette Christensen (collectively, the "Defendants"), pursuant to NECivR 26.1, and provide notice to the Court and to Plaintiff that on September 28, 2023, they served Defendants' Initial Disclosures, by sending the same via email, to Plaintiff, by and through her attorney, John D. Cartier, johncartierlaw@gmail.com.

Dated this 28th day of September 2023.

                                  BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA and DR. MARGARETTE CHRISTENSEN, PHD, Defendants

By:    s/ Tara A. Stingley
         Tara A. Stingley (#23243)
         Sydney M. Huss (#26581)
         CLINE WILLIAMS WRIGHT
          JOHNSON & OLDFATHER, L.L.P.
         Sterling Ridge
         12910 Pierce Street, Suite 200
         Omaha, NE 68144
         (402) 397-1700
         tstingley@clinewilliams.com
         shuss@clinewilliams.com

         *- and -*

>Bren H. Chambers (#23150)
>Deputy General Counsel
>University of Nebraska
>Varner Hall, Room 234
>3835 Holdrege Street
>Lincoln, Nebraska 68583-0745
>(402) 472-1201
>bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

    I, Tara A. Stingley, hereby certify on September 28, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

>John D. Cartier
>johncartierlaw@gmail.com
>*Counsel for the Plaintiff*

>>s/ Tara A. Stingley

2