IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DENISHA M. SEALS,** | ) | |
|     **PLAINTIFF** | ) | CASE NO. 8:22-cv-00420 |
| | ) | |
| **VS.** | ) | **PLAINTIFF'S INITIAL** |
| | ) | **DISCLOSURES** |
| **BOARD OF REGENTS OF THE** | ) | |
| **UNIVERSITY OF NEBRASKA, AND** | ) | |
| **MARGARETTE CHRISTENSEN, PHD.,** | ) | |
|     **DEFENDANTS** | ) | |
| | ) | |
| | ) | |
| | ) | |

COME NOW the Plaintiff pursuant to NECivR 26.1, and provide notice to the Court and to Defendants that on September 28, 2023, they served Plaintiff's Initial Disclosures, by sending the same via email, to Defendants, by and through their attorney, Tara A. Stingley, tstingley@clinewilliams.com

Dated this 28th day of September 2023

Dated this 28th day of September, 2023.

                                **DENISHA M. SEALS, Plaintiff**

                                *Respectfully submitted,*

        BY:    /s/ John D. Cartier /s/

                    John D. Cartier #26307

                    Cartier Law

                    PO Box 5241

                    Lincoln, Nebraska 68505

                    (954) 319-9832

                    johncartierlaw@gmail.com

**CERTIFICATE OF SERVICE**

I, John D. Cartier, hereby certify on September 28, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

>Tara A. Stingley
>tstingley@clinewilliams.com
>*Counsel for the Defendant*

                                                  /s/ John D. Cartier /s/
John D. Cartier #26307
Cartier Law
PO Box 5241
Lincoln, Nebraska 68505
(954) 319-9832
johncartierlaw@gmail.com