IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DENISHA M. SEALS,** | ) | |
|     **PLAINTIFF** | ) | CASE NO. 8:22-cv-420 |
| | ) | |
| **VS.** | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **ANSWERING DISCOVERY** |
| **BOARD OF REGENTS OF THE** | ) | **REQUESTS TO DEFENDANT** |
| **UNIVERSITY OF NEBRASKA,** | ) | **FOR INTERROGATORIES AND** |
| **MARGARETTE CHRISTENSEN, PHD.,** | ) | **REQUEST FOR PRODUCTION OF** |
|     **DEFENDANTS** | ) | **DOCUMENTS** |
| | ) | |
| | ) | |
| | ) | |

    COME NOW the Plaintiff, pursuant to NECivR 33.1 and NECivR 34.1, and provide notice to the Court and to Defendants that on December 1, 2023, they served Plaintiff's Answers to Defendants on their request to answer First Set of Interrogatories and First Set of Request for Production of Documents, by sending the same via email, to Defendants, by and through her attorney, Tara A. Stingley, tstingley@clinewilliams.com.

    Dated December 1, 2023.

    Respectfully submitted,

      /s/ John D. Cartier /s/

    John D. Cartier #26307

    Cartier Law

    PO Box 5241

    Lincoln, Nebraska 68505

    (954) 319-9832

    johncartierlaw@gmail.com

**CERTIFICATE OF SERVICE**

    I, John D. Cartier, hereby certify that a true and correct copy of the foregoing was served on this 1st day of December, 2023, via email to the following:

Tara A. Stingley
tstingley@clinewilliams.com

    /s/ John D. Cartier /s/

2