IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and MARGARETTE CHRISTENSEN, PHD.,<br><br>　　　　Defendants. | Case No. 8:22-cv-420<br><br><br>DEFENDANTS' NOTICE OF SERVING OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS |

COME NOW Defendants Board of Regents of the University of Nebraska and Dr. Margarette Christensen, pursuant to NECivR 33.1 and NECivR 34.1 and provide notice to the Court and to Plaintiff that on December 5, 2023, they served their Objections and Answers to Plaintiff's First Set of Interrogatories and Objections and Responses to Plaintiff's First Set of Requests for Production of Documents by sending the same to Plaintiff, via email, by and through her attorney of record, John D. Cartier at johncartierlaw@gmail.com.

Dated this 5th day of December, 2023.

　　　　　　　　　　　　　　　　　　BOARD OF REGENTS OF THE
　　　　　　　　　　　　　　　　　　UNIVERSITY OF NEBRASKA and DR.
　　　　　　　　　　　　　　　　　　MARGARETTE CHRISTENSEN,
　　　　　　　　　　　　　　　　　　Defendants

　　　　　　　　　　　　By:　s/ Sydney M. Huss
　　　　　　　　　　　　　　　Tara A. Stingley (#23243)
　　　　　　　　　　　　　　　Sydney M. Huss (#26581)
　　　　　　　　　　　　　　　CLINE WILLIAMS WRIGHT
　　　　　　　　　　　　　　　　JOHNSON & OLDFATHER, L.L.P.
　　　　　　　　　　　　　　　Sterling Ridge
　　　　　　　　　　　　　　　12910 Pierce Street, Suite 200
　　　　　　　　　　　　　　　Omaha, NE 68144
　　　　　　　　　　　　　　　(402) 397-1700
　　　　　　　　　　　　　　　tstingley@clinewilliams.com
　　　　　　　　　　　　　　　shuss@clinewilliams.com

　　　　　　　　　　　　　　　- and -

2

        Bren H. Chambers (#23150)
        Deputy General Counsel
        University of Nebraska
        Varner Hall, Room 234
        3835 Holdrege Street
        Lincoln, Nebraska 68583-0745
        (402) 472-1201
        bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

    I, Sydney M. Huss, hereby certify that on December 5, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

    John D. Cartier
    johncartierlaw@gmail.com
    Counsel for Plaintiff

        s/ Sydney M. Huss