## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS, ) | |
|    PLAINTIFF ) | CASE NO. 8:22-cv-420 |
| ) | |
| VS. ) | PLAINTIFF'S NOTICE OF |
| ) | SERVING DISCOVERY |
| BOARD OF REGENTS OF THE ) | REQUESTS TO DEFENDANT |
| UNIVERSITY OF NEBRASKA, ) | |
| MARGARETTE CHRISTENSEN, PHD.,) | |
|    DEFENDANTS ) | |

COME NOW the Plaintiff, pursuant to NECivR 33.1 and NECivR 34.1, provides notice to the Court and to Defendants that on December 20, 2023, they served Plaintiff's Second Set of Interrogatories to Defendant BRUN, and Plaintiff's First Set of Request for Admissions, separately, to each defendant, by sending the same via email, to Defendants, by and through her attorney, Tara A. Stingley, tstingley@clinewilliams.com.

Dated December 20, 2023.

                                                                       Respectfully submitted,

                                                                         /s/ John D. Cartier /s/

                                                                      John D. Cartier #26307

                                                                      Cartier Law

                                                                      PO Box 5241

                                                                      Lincoln, Nebraska 68505

                                                                      (954) 319-9832

                                                                      johncartierlaw@gmail.com

## CERTIFICATE OF SERVICE

 I, John D. Cartier, hereby certify that a true and correct copy of the foregoing was served on this 20th day of December, 2023, via email to the following:

Tara A. Stingley
tstingley@clinewilliams.com

              /s/ John D. Cartier /s/