IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS,<br><br>      Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and MARGARETTE CHRISTENSEN, PHD.,<br><br>      Defendants. | Case No. 8:22-cv-420<br><br>DEFENDANTS' NOTICE OF SERVING OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS |

COME NOW the Defendants Board of Regents of the University of Nebraska ("BRUN") and Dr. Margarette Christensen ("Dr. Christensen"), pursuant to NECivR 33.1 and NECivR 36.1 and provide notice to the Court and to Plaintiff that on January 19, 2024, they served BRUN's Objections and Answers to Plaintiff's Second Set of Interrogatories, BRUN's Objections and Responses to Plaintiff's First Set of Requests for Admissions, and Dr. Christensen's Objections and Responses to Plaintiff's First Set of Requests for Admissions by sending the same to Plaintiff, via email, by and through her attorney of record, John D. Cartier at johncartierlaw@gmail.com.

Dated this 19th day of January, 2024.

                                      BOARD OF REGENTS OF THE
                                    UNIVERSITY OF NEBRASKA and DR.
                                    MARGARETTE CHRISTENSEN,
                                    Defendants

                    By:    s/ Sydney M. Huss
                           Tara A. Stingley (#23243)
                           Sydney M. Huss (#26581)
                           CLINE WILLIAMS WRIGHT
                            JOHNSON & OLDFATHER, L.L.P.
                           Sterling Ridge
                           12910 Pierce Street, Suite 200
                           Omaha, NE 68144
                           (402) 397-1700
                           tstingley@clinewilliams.com
                           shuss@clinewilliams.com

                           *- and -*

>Bren H. Chambers (#23150)
>Deputy General Counsel
>University of Nebraska
>Varner Hall, Room 234
>3835 Holdrege Street
>Lincoln, Nebraska 68583-0745
>(402) 472-1201
>bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I, Sydney M. Huss, hereby certify that on January 19, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

John D. Cartier
johncartierlaw@gmail.com
Counsel for Plaintiff

>s/ Sydney M. Huss