IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISHA M. SEALS, | ) | |
|     PLAINTIFF | ) | CASE NO. 8:22-cv-420 |
| | ) | |
| VS. | ) | PLAINTIFF'S NOTICE OF |
| | ) | SERVING NON-RETAINED |
| BOARD OF REGENTS OF THE | ) | EXPERT DISCLOSURE |
| UNIVERSITY OF NEBRASKA, | ) | |
| MARGARETTE CHRISTENSEN, PHD., | ) | |
|     DEFENDANTS | ) | |
| | ) | |
| | ) | |
| | ) | |

    COME NOW the Plaintiff, pursuant to Fed. R. Civ. P. 26(a)(2)(C), and provide notice to the Court and to Defendants that on January 31, 2024, they served Plaintiff's Non-Retained Expert Disclosure, by sending the same via email, to Defendants, by and through her attorney, Tara A. Stingley, tstingley@clinewilliams.com.

    Dated January 31, 2024.

                                    Respectfully submitted,

                                      ___/s/ John D. Cartier /s/___

                                      John D. Cartier #26307

                                      Cartier Law

                                      PO Box 5241

                                      Lincoln, Nebraska 68505

                                      (954) 319-9832

                                      johncartierlaw@gmail.com

**CERTIFICATE OF SERVICE**

    I, John D. Cartier, hereby certify that a true and correct copy of the foregoing was served on this 31st day of January, 2024, via email to the following:

Tara A. Stingley
tstingley@clinewilliams.com

                                                ___/s/ John D. Cartier /s/__