IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS,   )<br>    PLAINTIFF   )<br>       )<br>VS.   )<br>       )<br>BOARD OF REGENTS OF THE   )<br>UNIVERSITY OF NEBRASKA,   )<br>MARGARETTE CHRISTENSEN, PHD.,)<br>    DEFENDANTS   )<br>       )<br>       )<br>       ) | CASE NO. 8:22-cv-420<br><br>PLAINTIFF'S SECOND<br>NOTICE OF SERVING REQUESTS<br>FOR PRODUCTION OF<br>DOCUMENTS TO DEFENDANT<br>BRUN |

    COME NOW the Plaintiff, pursuant to NECivR 33.1 and NECivR 34.1, provides notice to the Court and to Defendants that on February 1, 2024, they served Plaintiff's Second Set of Requests for Production of Documents to Defendant BRUN, separately, to defendant Board of Regents of the University of Nebraska, by sending the same via email, by and through attorney, Tara A. Stingley, tstingley@clinewilliams.com.

    Dated February 1, 2024.

                                                                                 Respectfully submitted,

                                                                                 ___/s/ John D. Cartier_/s/__

                                                                                 John D. Cartier #26307

                                                                                  Cartier Law

                                                                                  PO Box 5241

                                                                                  Lincoln, Nebraska 68505

                                                                                 (954) 319-9832

                                                                                 johncartierlaw@gmail.com

**CERTIFICATE OF SERVICE**

 I, John D. Cartier, hereby certify that a true and correct copy of the foregoing was served on this 1st day of February, 2024, via email to the following:

Tara A. Stingley
tstingley@clinewilliams.com

             ___/s/ John D. Cartier /s/___