IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISHA M. SEALS, | ) | |
|     PLAINTIFF | ) | CASE NO. 8:22-cv-420 |
| | ) | |
| VS. | ) | PLAINTIFF'S NOTICE OF |
| | ) | SERVING AMENDED DISCOVERY |
| BOARD OF REGENTS OF THE | ) | ANSWERS TO DEFENDANT |
| UNIVERSITY OF NEBRASKA, | ) | FOR INTERROGATORIES AND |
| MARGARETTE CHRISTENSEN, PHD., | ) | REQUEST FOR PRODUCTION OF |
|     DEFENDANTS | ) | DOCUMENTS |
| | ) | |
| | ) | |
| | ) | |

    COME NOW the Plaintiff, pursuant to NECivR 33.1 and NECivR 34.1, and provide notice to the Court and to Defendants that on February 14, 2024, they served Plaintiff's Second Amended Answers to Defendants on their request to answer First Set of Interrogatories and First Set of Request for Production of Documents, by sending the same via email, to Defendants, by and through her attorney, Tara A. Stingley, tstingley@clinewilliams.com.

    Dated February 14, 2024.

    Respectfully submitted,

      /s/ John D. Cartier  /s/

John D. Cartier #26307

Cartier Law

PO Box 5241

Lincoln, Nebraska 68505

(954) 319-9832

johncartierlaw@gmail.com

## CERTIFICATE OF SERVICE

  I, John D. Cartier, hereby certify that a true and correct copy of the foregoing was served on this 14th day of February, 2024, via email to the following:

Tara A. Stingley
tstingley@clinewilliams.com

                /s/ John D. Cartier /s/

2