IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and MARGARETTE CHRISTENSEN, PHD.,<br><br>        Defendants. | Case No. 8:22-cv-420<br><br>DEFENDANTS' NOTICE OF SERVING SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS |

      COME NOW Defendants Board of Regents of the University of Nebraska and Dr. Margarette Christensen, pursuant to NECivR 34.1 and provide notice to the Court and to Plaintiff that on March 1, 2024, they served their Second Supplemental Objections and Responses to Plaintiff's First Set of Requests for Production of Documents by sending the same to Plaintiff, via email, by and through her attorney of record, John D. Cartier at johncartierlaw@gmail.com.

      Defendant Board of Regents of the University of Nebraska, pursuant to NECivR 34.1 further provides notice to the Court and to Plaintiff that on March 1, 2024, it served its Objections and Responses to Plaintiff's Second Set of Requests for Production of Documents by sending the same to Plaintiff, via email, by and through her attorney of record, John D. Cartier at johncartierlaw@gmail.com.

      Dated this 4th day of March, 2024.

        BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA and DR. MARGARETTE CHRISTENSEN, Defendants

By:   s/ Sydney M. Huss
Tara A. Stingley (#23243)
Sydney M. Huss (#26581)
CLINE WILLIAMS WRIGHT
  JOHNSON & OLDFATHER, L.L.P.
Sterling Ridge
12910 Pierce Street, Suite 200
Omaha, NE 68144
(402) 397-1700
tstingley@clinewilliams.com
shuss@clinewilliams.com

*- and -*

Bren H. Chambers (#23150)
Deputy General Counsel
University of Nebraska
Varner Hall, Room 234
3835 Holdrege Street
Lincoln, Nebraska 68583-0745
(402) 472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

    I, Sydney M. Huss, hereby certify that on March 4, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

    John D. Cartier
johncartierlaw@gmail.com
Counsel for Plaintiff

        s/ Sydney M. Huss