IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DENISHA M. SEALS,** | ) | |
|     **PLAINTIFF** | ) | **CASE NO. 8:22-cv-00420** |
| | ) | |
| **VS.** | ) | **NOTICE TO TAKE** |
| | ) | **DEFENDANT'S DEPOSITION** |
| **BOARD OF REGENTS OF THE** | ) | |
| **UNIVERSITY OF NEBRASKA,** | ) | |
| **MARGARETTE CHRISTENSEN, PHD.,** | ) | |
|     **DEFENDANTS.** | ) | |
| | ) | |

To the above-named Defendant and her attorney: PLEASE TAKE NOTICE that counsel for the Plaintiff will conduct the deposition of Defendant, Dr. Margarette Christensen, who is requested to be present the 24th day of July, 2024, at 10 a.m. Said deposition will take place at the law office of:

Cline Williams Wright Johnson & Oldfather, LLP

12910 Pierce Street, Suite 200

Omaha, NE 68144

**DENISHA M. SEALS, Plaintiff**

*Respectfully submitted,*

BY:    /s/ John D. Cartier /s/

      John D. Cartier #26307

      Cartier Law

      PO Box 5241

      Lincoln, Nebraska 68505

1

(954) 319-9832

johncartierlaw@gmail.com

**CERTIFICATE OF SERVICE**

I, John D. Cartier, hereby certify I electronically filed the forgoing on June 6, 2024 with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent an electronic copy to all registered case participants including the following:

    Tara A. Stingley

    tstingley@clinewilliams.com

    Thomas & Thomas Court Reporters

    schedule@ttcrs.com

      /s/ John D. Cartier /s/

John D. Cartier #26307

Cartier Law

PO Box 5241

Lincoln, Nebraska 68505

(954) 319-9832

johncartierlaw@gmail.com

2