IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS,<br><br>      Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and MARGARETTE CHRISTENSEN, PHD.,<br><br>      Defendants. | Case No. 8:22-cv-420<br><br>DEFENDANTS' NOTICE OF SERVING DISCOVERY RESPONSES |

    COME NOW Defendants Board of Regents of the University of Nebraska and Dr. Margarette Christensen, pursuant to NECivR 34.1, and provide notice to the Court and to Plaintiff that on December 2, 2024, they served their Fifth Supplemental Objections and Objections and responses to Plaintiff's First Set of Requests for Production of Documents by sending the same to Plaintiff, via email, by and through her attorney of record, John D. Cartier at johncartierlaw@gmail.com.

    Defendant Board of Regents of the University of Nebraska, pursuant to NECivR 34.1, further provides notice to the Court and to Plaintiff that on December 2, 2024, it served its Second Supplemental Objections and Responses to Plaintiff's Second Set of Requests for Production of Documents by sending the same to Plaintiff, via email, by and through her attorney of record, John D. Cartier at johncartierlaw@gmail.com.

    Dated this 2nd day of December, 2024.

                BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA and DR. MARGARETTE CHRISTENSEN, Defendants

By: s/ Sydney M. Huss
   Tara A. Stingley (#23243)
   Sydney M. Huss (#26581)
   CLINE WILLIAMS WRIGHT
    JOHNSON & OLDFATHER, L.L.P.
   Sterling Ridge
   12910 Pierce Street, Suite 200
   Omaha, NE 68144
   (402) 397-1700
   tstingley@clinewilliams.com
   shuss@clinewilliams.com

   *- and -*

   Bren H. Chambers (#23150)
   Deputy General Counsel
   University of Nebraska
   Varner Hall, Room 234
   3835 Holdrege Street
   Lincoln, Nebraska 68583-0745
   (402) 472-1201
   bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

  I, Sydney M. Huss, hereby certify that on December 2, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

  John D. Cartier
  johncartierlaw@gmail.com
   *Counsel for Plaintiff*

                s/ Sydney M. Huss