IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and MARGARETTE CHRISTENSEN, PHD.,<br><br>        Defendants. | Case No. 8:22-cv-420<br><br><br>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

      COME NOW Defendants Board of Regents of the University of Nebraska and Dr. Margarette Christensen (collectively, the "Defendants"), pursuant to FED. R. CIV. P. 56 and NECivR 7.1 and 56.1, and respectfully move the Court for summary judgment in Defendants' favor and against Plaintiff Denisha M. Seals ("Plaintiff"), as to all claims asserted in Plaintiff's Second Amended Complaint. *[Filing 32]*. In support of their Motion, Defendants rely upon their Brief, Statement of Undisputed Material Facts, and Index of Evidence submitted contemporaneously herewith, as well as other materials in the record, as cited in Defendants' Brief.

      WHEREFORE, Defendants Board of Regents of the University of Nebraska and Dr. Margarette Christensen respectfully request the Court grant their Motion for Summary Judgment and dismiss Plaintiff's Second Amended Complaint in its entirety and with prejudice.

      Dated this 2nd day of December, 2024.

                              BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA and DR. MARGARETTE CHRISTENSEN, Defendants

By:    s/ Tara A. Stingley
        Tara A. Stingley (#23243)
        Sydney M. Huss (#26581)
        CLINE WILLIAMS WRIGHT
          JOHNSON & OLDFATHER, L.L.P.
        Sterling Ridge
        12910 Pierce Street, Suite 200
        Omaha, NE 68144
        (402) 397-1700
        tstingley@clinewilliams.com
        shuss@clinewilliams.com

*- and -*

Bren H. Chambers (#23150)
Deputy General Counsel
University of Nebraska
Varner Hall, Room 234
3835 Holdrege Street
Lincoln, Nebraska 68583-0745
(402) 472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

    I, Tara A. Stingley, hereby certify that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    John D. Cartier
    johncartierlaw@gmail.com

                                                        s/ Tara A. Stingley