IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS,<br>    PLAINTIFF<br><br>VS.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF NEBRASKA,<br>MARGARETTE CHRISTENSEN, PHD.,<br>    DEFENDANTS | CASE NO. 8:22-cv-420<br><br>PLAINTIFF'S NOTICE OF<br>SERVING SUPPLEMENTAL<br>ANSWERS TO DEFENDANTS'<br>LETTER DATED 12/11/24 |

    COME NOW the Plaintiff, pursuant to NECivR 33.1 and NECivR 34.1, and provide notice to the Court and to Defendants that on December 30, 2024, they served Plaintiff's Supplemental Request for Production of Documents Answers to Defendants' Letter Dated 12/11/24, by sending the same via email, to Defendants, by and through her attorney, Tara A. Stingley, tstingley@clinewilliams.com.

    Dated: December 30, 2024.

    Respectfully submitted,

      /s/ John D. Cartier

    John D. Cartier #26307

    Cartier Law, LLC

    PO Box 5241

    Lincoln, Nebraska 68505

    (954) 319-9832

    johncartierlaw@gmail.com

## CERTIFICATE OF SERVICE

I, John D. Cartier, hereby certify that on this 30th day of December, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

Tara A. Stingley
tstingley@clinewilliams.com

Sydney M. Huss
shuss@clinewilliams.com

Bren H. Chambers
bchambers@nebraska.edu

*/s/ John D. Cartier*