IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS, )<br>   PLAINTIFF   )<br>   )<br>VS.   )<br>   )<br>BOARD OF REGENTS OF THE   )<br>UNIVERSITY OF NEBRASKA,   )<br>MARGARETTE CHRISTENSEN, PHD.,)<br>   DEFENDANTS   )<br>   )<br>   )<br>   ) | CASE NO. 8:22-cv-420<br><br>PLAINTIFF'S NOTICE OF SERVING SUPPLEMENTAL ANSWERS TO DEFENDANTS' LETTER DATED 1/2/2025 |

   COME NOW the Plaintiff, pursuant to NECivR 33.1 and NECivR 34.1, and provide notice to the Court and to Defendants that on January 31, 2025, they served Plaintiff's Supplemental Request for Production of Documents and Interrogatory Answers to Defendants' Letter Dated 1/2/2025, by sending the same via email, to Defendants, by and through her attorney, Tara A. Stingley, tstingley@clinewilliams.com.

   Dated: January 31, 2025.

                                                Respectfully submitted,

                                                   /s/ John D. Cartier
                                                John D. Cartier #26307
                                                Cartier Law, LLC
                                                PO Box 5241
                                                Lincoln, Nebraska 68505
                                                (954) 319-9832
                                                johncartierlaw@gmail.com

**CERTIFICATE OF SERVICE**

      I, John D. Cartier, hereby certify that on this 31st day of January 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

    Tara A. Stingley
    tstingley@clinewilliams.com

    Sydney M. Huss
    shuss@clinewilliams.com

    Bren H. Chambers
    bchambers@nebraska.edu

                                      */s/ John D. Cartier*