IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS,        ) | |
|     PLAINTIFF        ) | CASE NO. 8:22-cv-420 |
| ) | |
| VS.        ) | PLAINTIFF ATTORNEY'S |
| ) | NOTICE OF SENDING COURT'S |
| BOARD OF REGENTS OF THE        ) | ORDER SETTING HEARING |
| UNIVERSITY OF NEBRASKA,        ) | FOR WITHDRAWAL OF |
| MARGARETTE CHRISTENSEN, PHD.,) | ATTORNEY |
|     DEFENDANTS        ) | |
| ) | |
| ) | |
| ) | |

    COME NOW the Plaintiff's attorney, John D. Cartier, pursuant to NECivR 3.3(d), provides notice to the Court that on February 19, 2025, February 20, 2025, and February 28, 2025, they sent notice of the Court's order setting hearing for Plaintiff attorney's withdrawal set for telephonic hearing for March 4, 2025, at 9:00 a.m.. Pursuant to the order, the Attorney also provided conference call instructions. This was sent to Plaintiff through her email of record.

    Dated: February 28, 2025.

    Respectfully submitted,

    <u>   /s/ John D. Cartier</u>

    John D. Cartier #26307

    Cartier Law, LLC

    PO Box 5241

    Lincoln, Nebraska 68505

    (954) 319-9832

    johncartierlaw@gmail.com

## CERTIFICATE OF SERVICE

     I, John D. Cartier, hereby certify that on this 28th day of February 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

Tara A. Stingley
tstingley@clinewilliams.com

Sydney M. Huss
shuss@clinewilliams.com

Bren H. Chambers
bchambers@nebraska.edu

                                                */s/ John D. Cartier*