IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS,<br><br>                Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA OMAHA, TRACY BRIDGEFORD, PhD; JOANNE LI, PhD; and MARGARETTE CHRISTENSEN, PhD;<br><br>                Defendants. | 8:22CV420<br><br>ORDER |

After a discussion with Plaintiff and counsel for the parties, the court finds good cause to allow the withdrawal of John Cartier as counsel for Plaintiff. Accordingly,

IT IS ORDERED:

1) The motion to withdraw as counsel filed by John Cartier is granted and he shall no longer receive electronic notice in this case. (Filing No. 115).

2) The Clerk shall update the docket to reflect Plaintiff Denisha Seals' pro se status, and include her contact information:

    231 Benton Street
    Council Bluffs, IA 51503
    (531) 333-8421

3) A status conference is set for April 4, 2025 at 10:00 a.m. before the undersigned magistrate judge to discuss the parties' interest in settlement and the trial and pretrial conference settings. Plaintiff and counsel shall use the conferencing instructions assigned to this case to participate in the call. (Filing No. 116).

Dated this 4th day of March, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge