IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISHA M. SEALS,<br><br>              Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and MARGARETTE CHRISTENSEN, PhD,<br><br>              Defendants. | 8:22CV420<br><br>**JUDGMENT** |

This case came before the Court on the Defendants' Motion for Summary Judgment. Filing 95. The Court having entered summary judgment for Defendants, Filing 123,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff on all claims.

Dated this 1st day of April, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge